```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22662
   LEROY C BARNES
   SUSAN M BARNES                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5276     SSN XXX-XX-4779

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/03/2007 and was confirmed 03/17/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
MELANIE FITNESS CENTER    UNSECURED       NOT FILED             .00           .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00           .00
COMCAST                   UNSECURED       NOT FILED             .00           .00
DIANE MASON               UNSECURED       NOT FILED             .00           .00
FIRST NORTHERN CU         UNSECURED       NOT FILED             .00           .00
FITIZSIMMONS SURGICAL SU  UNSECURED       NOT FILED             .00           .00
LEASE FINANCE GROUP       UNSECURED       NOT FILED             .00           .00
IMAGING RADIOLOGISTS LLC  UNSECURED       NOT FILED             .00           .00
NICOR GAS                 UNSECURED       NOT FILED             .00           .00
SPRINT                    UNSECURED       NOT FILED             .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED         2783.13             .00           .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED             .00           .00
RJM ACQUISITIONS          UNSECURED       NOT FILED             .00           .00
US DEPT OF EDUCATION      UNSECURED        12261.08             .00           .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00           .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED          921.42             .00           .00
WORLD FINANCIAL NETWORK   UNSECURED          105.30             .00           .00
CITIMORTGAGE INC          CURRENT MORTG        .00              .00           .00
CITIMORTGAGE INC          MORTGAGE ARRE   20273.45              .00           .00
CONDOR CAPITAL CORP       SECURED VEHIC   22726.17              .00       1180.22
CONDOR CAPITAL CORP       UNSECURED       NOT FILED             .00           .00
DIANE MASON               UNSECURED       NOT FILED             .00           .00
LEGAL HELPERS PC          DEBTOR ATTY      2,500.00                           .00
TOM VAUGHN                TRUSTEE                                           85.78
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,266.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22662 LEROY C BARNES & SUSAN M BARNES
```

```
PRIORITY                                                              .00
SECURED                                                          1,180.22
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                85.78
DEBTOR REFUND                                                         .00
                                    ---------------    ---------------
TOTALS                                     1,266.00           1,266.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                     /s/ Tom Vaughn
   Dated: 10/23/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```